COPY   original (3)

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

U.S.A
ex rel

Enrique Garza #18258-018
Petitioner

v.

Donald Romine, Warden
Respondent

CR-96-19-ORL-18
CV.

JUN 22 2001

PER _____
DEPUTY CLERK

1: CV01-1128

Motion For Leave To Proceed In Forma Pauperis

Petitioner Enrique Garza, pro se, pursuant to 28 USC § 1915, move this Court for an order permitting him to proceed without prepayment of fees and cost. Petitioner has attached an affidavit in support of his motion.

Respectfully Submitted

Enrique Garza

date  6-13-01

Enrique Garza #18258-018
USP
PO Box 1000
Lewisburg, PA. 17837

UNITED STATES DISTRICT COURT
Middle District of Pennsylvania

AFFIDAVIT I SUPPORT OF MOTION FOR LEAVE
TO PROCEED IN FORMS PAUPERIS

FILED
SCRANTON
JUN 2 2 2001
PER _____ /s/ _____
         DEPUTY CLERK

USA
ex rel

Enrique Garza,
           Petitioner
           Defendant
V.
Donald Romine Warden
           Respondent

1: CV01-1128

Case NO. Cv.-96-19-08L-15
Cv.-

I, Enrique Garza, am the pro se petitioner in the above entitled matter. IN support of my motion to proceed without being required to prepay the fees or cost, I state that because of my poverty I am unable to pay the cost of said proceedings and that I believe I am entitled to an order granting the motion to proceed In Forma Pauperis.

I declare that the responses which I have made below are true.

1. Are you currently employed? NO
   The last time I was employed was Dec. 17, 2000 and without over time I averaged $200 a month.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Bussiness, profession, or form of self-employment? <u>yes</u>
   b. Rent payments, interest or dividends? <u>NO</u>
   c. Pensions, annuities, life insurance payments? <u>NO</u>
   d. Gifts or inheritance? <u>yes</u>
   e. Any other source of income? <u>NO</u>

   I worked in the prison Unicor and received monthly pay. Im not sure of the exact amount but its about $2,400.00 and in the last six months friends have send me approximately 350⁰⁰.

3. Do you own any cash or do you have money in a checking or savings account: <u>yes  $250⁰⁰</u>

4. Do you own any real estate, stocks, bonds notes, automobiles, or other valuable property? <u>NO</u>

5. List the persons who are dependent upon your support; My wife Maria Garza, My son Eduardo Garza, My daughter Erica Garza. in the past year I sent home around $1,500.00 to help with school needs clothing and christmas gift.

I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury.

Signed *Enrique Garza*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of June, 2001

Signed *Enrique Garza*

Enrique Garza
USP
P.O. Box 1000
Lewisburg, PA.
17837