# COPY 1: CV01-1128 (4)

## CERTIFICATE OF SERVICE

FILED
SCRANTON
JUN 2 2 2001
PER ___ KMF
DEPUTY CLERK

I, Enrique H. Garza, hereby certify, under the penalty of perjury, that I have mailed a true copy of the foregoing document(s) to those listed below at the address listed with the proper amount of first class postage prepaid by placing same in the institutional legal mailbox at the United States Penitentiary at Lewisburg, Pennsylvania this 18 day of June, 2001

This same day I have mailed in the same way an original and 3 copies of the foregoing documents(s) to the Clerk of the Court.

United States District Court
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA.
18501

US Attorney
201 Federal Building
80 North Hughey Ave.
Orlando, Florida
32801

Signed Enrique Garza
Enrique Garza
USP
P.O. Box 1000
Lewisburg, PA.
17837