Enrique,

write Home and tell federal express a Postal Money

To Clerk Of Court
U.S. District Court,
Middle District Of Pennsyl'
P.O Box 1148
Scranton, PA.
18501

"for Five dollars" for F
RE: Enrique Garza v Donald
    #18258-018

Case No. CV to be applied by clerk

And To call the Clerk at (717) 207-5600
Ask the Clerk now to write the check
out for the 2241 filing fee
to explain that you are sending it this
week and that the check or whatever
way the Clerk will get the money faster

The Clerk "Mary E. D'ANDREA" to Ask for her

I'm doing it like this to be sure its filed
either way, One of the checks will get there.
These people might take a long time.
So just to be sake, well do it this way.

---

UNITED STATES DISTRICT COURT
SCRANTON, PA

Receipt No.  333_84207
Cashier      rich

Tender Type  MONEY ORDER
M.O. Number: 1993336481
Transaction Type  N

D0 Code   Div No   Acct
4667       3       086900

Amount         $ 5.00

ENRIQUE GARZA  #18258-018  BOX 1000
LEWISBURG, PA  17837

PETN FOR H/C FILING FEE -CV-01-1128

cn

Thu Jun 28 14:00:47 2001

M. O. No. 1993336481
Amount$ 5.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667