JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG

JUL 1 0 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

| | |
|---|---|
| ENRIQUE HENRY GARZA, | : |
| Petitioner | : |
| v. | : CIVIL NO. 3:CV-01-1128 |
| DONALD ROMINE, WARDEN, ET AL., | : (Judge Rambo) |
| Respondents | : |

## NOTICE OF ELECTION

I, Enrique Garza, petitioner in the above-captioned action, have read the Order of Court which accompanied this form notice. Pursuant to that order, I elect to proceed in this action as follows:

   **X**        Option 1. - The Court should rule on my case as filed.

   _____      Option 2. - Recharacterize and treat my case as a proceeding under 28 U.S.C. §2255. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Eleventh Circuit.

_____    Option 3. - I wish to withdraw my petition which was filed under 28 U.S.C. §2241 and file one all-inclusive petition; that is one that raises all the grounds I have. I realize this all-inclusive petition must be filed within the one year period as defined by 28 U.S.C. §2244(d).

Date: _July 1-01_

_Enrique Garza_
Enrique Garza, Petitioner