ORIGINAL

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

ENRIQUE GARZA,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　CIVIL NO. 1:CV-01-1128

                                                       JUDGE RAMBO

UNITED STATES OF AMERICA,

    Respondent.

**FILED**
**HARRISBURG**

AUG 1 3 2001

MARY E. D'ANDREA, CLERK
Per_____
　　　　DEPUTY CLERK

Clerk of Court
U.S. District Court
P.O. Box 983
Harrisburg, PA. 17108

Dear Clerk,

    The purpose of this letter is to inform you I have been transferred to a new address: Enrique Garza/Reg. No. 18258-018, United States Penitentiary/Lompoc, 3901 Klein Boulevard, Lompoc, California 93436-2706.

    Please put in computer my change of address.

                                          Sincerely Yours,

                                      L.S. *Enrique Garza*
                                          Enrique Garza

## CERTIFICATE OF SERVICE

I, Enrique Garza, do hereby swear that I caused to be served a true and correct copy of Petitioner's § 2241 Motion upon the United States, by utilizing first class mail, postage prepaid to:

Assistant United States Attorney
Kendall W. Wherry, Esquire
Room 201, 80 North Hughey Avenue
Orlando, Florida 32801
(407) 648-7500


L.S. *Enrique Garza*
Enrique Garza

Dated this 8th day of August, 2001.